IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL LARON FORD                                                    PLAINTIFF

v.                          Case no. 13-6133

NATHAN GREELEY, et al.                                               DEFENDANTS

## ORDER

Now on this 19th day of May, 2015, there comes on for consideration the report and recommendation (Doc. 67) filed by the Honorable Barry A. Barnes, United States Magistrate Judge for the Western District of Arkansas, in regard to a motion for temporary restraining order (Doc. 50) filed by Plaintiff. No objections to the report and recommendation were filed within the allotted time period.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion for temporary restraining order (Doc. 50) is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge