```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

MICHAEL LARON FORD                                         PLAINTIFF

    v.              CASE NO. 13-CV-6133

JAIL ADMINISTRATOR
NATHAN GREELEY, *et al*.                                  DEFENDANTS

## ORDER

Now on this 22nd day of September 2015, there comes on for consideration the report and recommendation filed herein on July 15, 2015 (doc. 73), by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Plaintiff was given two extensions to file objections to the report and recommendation. (Docs. 78 & 80). Despite these extensions, Plaintiff failed to file timely, specific objections to the report and recommendation. Instead, Plaintiff filed a motion for an order compelling discovery (doc. 81) and a motion to appoint counsel (doc. 83).

Defendants responded to the motion to compel (doc. 82), and the Court finds this motion (doc. 81) should be DENIED AS MOOT. Plaintiff was denied appointment of counsel three previous times in this case (docs. 34, 39 & 66). The third time Plaintiff was directed not to seek appointment of counsel again unless this matter was proceeding to trial (doc. 66). Plaintiff was advised that failure to comply with that directive might result in his case being dismissed. *Id*. Accordingly, Plaintiff's motion (doc. 83) is

DENIED.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (doc. 41) is GRANTED. Plaintiff's Complaint (doc. 1) and supplements thereto (docs. 10 & 13) are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge