```
             UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

MICHAEL LARON FORD                                    PLAINTIFF

    v.                CASE NO. 13-CV-6133

JAIL ADMINISTRATOR
NATHAN GREELEY, *et al*.                             DEFENDANTS

## JUDGMENT

For reasons set forth in the Report and Recommendation (doc. 73) and the Order filed contemporaneously herewith, Defendants' Motion for Summary Judgment (doc. 41) is GRANTED. Plaintiff's Complaint (doc. 1) and supplements thereto (docs. 10 & 13) are DISMISSED WITH PREJUDICE. Further, Plaintiff's motions (docs. 81 & 83) are DENIED. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 22nd day of September, 2015.

                      /s/ Robert T. Dawson
                      Honorable Robert T. Dawson
                      United States District Judge